IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

JAMES EDWARD FLOYD, JR.,            )
    PLAINTIFF,                      )
VS.                                 )   CV00-H-383-NE
CITY OF CULLMAN, ALABAMA            )
and KENNY CULPEPPER,
individually,                       )
    DEFENDANTS.                     )

**MEMORANDUM OF DECISION**

In its April 25, 2000 order the court indicated its intention to dismiss the remaining claim in this action under the Rooker-Feldman doctrine unless plaintiff showed cause in writing by May 5, 2000 why that remaining claim should not be dismissed. In its May 23, 2000 order the court advised plaintiff that it did not view the May 17, 2000 filing by plaintiff, pro se, as setting forth sufficient cause and by the May 23, 2000 order gave plaintiff a further opportunity, until June 6, 2000, to show such cause.

The court has before it the June 6, 2000 request for a federal trial which the court presumes is in response to the May 23, 2000 order. The June 6, 2000 filing fails to satisfy this court that it has subject matter jurisdiction over the



remaining claim in this action.  A separate final order dismissing this action will be entered.

DONE this ___8th___ day of June, 2000.

                                             /s/ James H. Hancock
                                             SENIOR UNITED STATES DISTRICT JUDGE